IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PERRY,            )<br>                           )<br>    Plaintiff,            )<br>                           )<br>  v.                       )<br>                           )<br>SUSAN PIDO, et al.,        )<br>                           )<br>    Defendant.             )<br>_____) | No. C 10-2548 LHK (PR)<br><br>ORDER OF DISMISSAL OF<br>UNSERVED DEFENDANTS |

    Plaintiff, a state prisoner proceeding *pro se*, filed a fourth amended civil rights complaint pursuant to 42 U.S.C. § 1983. On April 28, 2011, the Court advised Plaintiff that it was his responsibility to provide the information necessary to locate Defendants Susan Pido and Doctor Daniel Jardini. The Court directed Plaintiff to provide sufficient information to effectuate service within thirty days, or face dismissal of Defendants Pido and Jardini. *See* Fed. R. Civ. P. 4(m). More than thirty days have passed, and Plaintiff has not provided any information regarding the location of Defendants Pido or Jardini, nor has he demonstrated "good cause" for such failure. *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994).

    Accordingly, Defendants Pido and Jardini are DISMISSED without prejudice.

    IT IS SO ORDERED.

DATED: __6/7/11__

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal of Unserved Defendants
P:\PRO-SE\SJ.LHK\CR.10\Perry548.4mdis.wpd