IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY PERRY, | ) | No. C 10-2548 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| GLORIA KALISHER and J. CLARK KELSO, | ) ) ) | |
| Defendants. | ) ) | |

The Court has granted Defendant Kalisher's motion to dismiss. The Court has granted Defendant Kelso's motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/28/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.10\Perry548jud